AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00214 |
| Mikhail Slye | ) Assigned To : Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date : 9/29/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder, |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F)- | Act of Physical Violence in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Shaffer, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/29/2022

*Judge's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*