AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00214 |
| Mikhail Slye | ) | Assigned To : Judge Upadhyaya, Moxila A. |
|  | ) | Assign. Date : 9/29/2022 |
|  | ) | Description: Complaint w/ Arrest Warrant |
|  | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _____Mikhail Slye_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.29 17:27:52 -04'00'

Date: __09/29/2022__

_Issuing officer's signature_

City and state: __Washington, D.C.__  Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) __9/29/22__, and the person was arrested on (date) __9/30/22__
at (city and state) __Meadville, PA__.

Date: __9/30/22__

_Arresting officer's signature_

MICHAEL SHAFFER
_Printed name and title_